UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YOUNTS,<br><br>    Plaintiff,<br><br>  v.<br><br>SCI SHARED RESOURCES, LLC, a limited liability company and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:24-cv-01986-KJM-AC<br><br>(Honorable Kimberly J. Mueller. Ctrm: 3)<br><br>**ORDER GRANTING THE PARTIES' JOINT REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE DUE TO CALENDAR CONFLICT**<br><br>[Filed concurrently with Joint Request to Continue Initial Scheduling Conference and Declaration of Ophir Johna]<br><br>Complaint Filed:  July 22, 2024 |

Having considered the Parties' Joint Request to Continue the Initial Scheduling Conference, the Court finds GOOD CAUSE and hereby GRANTS the Request and ORDERS as follows:

The Initial Scheduling Conference is continued from October 24, 2024 to **November 14, 2024 at 2:30 p.m**.  The Parties shall file their Joint Status Report fourteen (14) days prior to the hearing.  The hearing will proceed by videoconferencing through the Zoom application.  The Courtroom Deputy will

1  provide counsel with the hearing access information no less than 24 hours before the
2  hearing.
3      IT IS SO ORDERED.
4  DATED:  September 27, 2024.

UNITED STATES DISTRICT JUDGE